**Davear Z. WHITTLE, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 306, 2017

Supreme Court of Delaware.

Submitted: September 19, 2017

Decided: November 7, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1111010324 (N)

AFFIRMED.

**Dennis WILLIAMS, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 425, 2017

Supreme Court of Delaware.

Submitted: October 31, 2017

Decided: November 7, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1402014360 (N)

REMANDED.

**Donald J. BOYER, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 288, 2017

Supreme Court of Delaware.

Submitted: October 11, 2017

Decided: November 8, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N17M–06–327, Cr. ID No. 86010533DI (N)

GRANTED. AFFIRMED.